State of Tennessee

**Department of State**

Division of Business Services
312 Eighth Avenue North
6th Floor Wm. R Snodgrass Tower
Nashville Tennessee 37243

Case Number: 07C2370

9/5/2007
Date

70053110000427631673
Certifed Number

HON RICHARD ROOKER
DAVIDSON COUNTY-CIRCUIT COURT
408 SECOND AVE N SUITE 2110
NASHVILLE TN 37219

RE: SHARON LORANCE

VS: C R BARD, INC. AND DAVOL INC

Dear Clerk:

Enclosed are the following papers in the above styled case:

- [x] Original Summons
- [x] Affidavit and Endorsement
- [x] Registered or Certified Return Receipt signed by:

ANTHONY FRANKLIN

- [ ] Registered or Certified letter returned undelivered with notation:

Sincerely:

Riley C Darnell

Riley C Darnell

enclosures

Initials: MMH
CC: 2

SS-4210 (Rev. 12/96)

RDA No 1003

Att. A

CIRCUIT COURT SUMMONS NASHVILLE, TENNESSEE

FILED

**STATE OF TENNESSEE**
**DAVIDSON COUNTY**
**20TH JUDICIAL DISTRICT**

2007 AUG 21
RICHARD R. ROOKER
R Thomas

- [X] First
- [ ] Alias
- [ ] Pluries

SHARON LORANCE

Plaintiff

Vs.

C. R. BARD, INC. and
DAVOL, INC.

Defendant

CIVIL ACTION DOCKET NO. 07C2370

**Method of Service:**

- [ ] Davidson County Sheriff
- [ ] Out of County Sheriff
- [X] Secretary of State
- [ ] Certified Mail
- [ ] Personal Service
- [ ] Commissioner of Insurance

$20— D1

**To the above named Defendant: C.R. Bard, Inc. Chief Executive Officer Timothy M. Ring**
**730 Central Avenue, Murray Hill, NJ 07974.**

**You are summoned to appear and defend a civil action filed against you in the Circuit Court, 1 Public Square, Room 302, P.O. Box 196303, Nashville, TN 37219-6303, and your defense must be made within thirty (30) days from the date this summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.**

**In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the complaint.**

ISSUED: 8/21/07

**RICHARD R. ROOKER**
Circuit Court Clerk
Davidson County, Tennessee

By: R Thomas
Deputy Clerk

| ATTORNEY FOR PLAINTIFF or PLAINTIFF'S ADDRESS | Aubrey T. Givens<br>501 Union Street, Ste. 307<br>Address<br>Nashville, TN 37219 (615) 248-8600 |
|---|---|

TO THE SHERIFF:

Please execute this summons and make your return hereon as provided by law.

SECRETARY OF STATE
2007 AUG 23 PM 12: 36

**RICHARD R. ROOKER**
Circuit Court Clerk

Received this summons for service this ________ day of ____________, 20____.

SHERIFF

If you have a disability and require assistance, please contact 862-5204.

2007 SEP 10 AM 8:06

CLERK

C Hx D.C.

AFFIDAVIT
and
ENDORSEMENT

9/5/2007
Date

70053110000427631673
Certified Number

Case Number: 07C2370

RE: SHARON LORANCE

VS: C R BARD INC AND DAVOL, INC.

I **MAYME R. BROWN**, having been duly authorized by Riley C. Darnell, Secretary of State of Tennessee do hereby make oath on his behalf and under authorization as follows: That on Thursday, August 23, 2007, I received from the plaintiff the original and certified copies of the Summons and Complaints issued against the defendant:

**GM-BRIAN P. KELLY**
**DAVOL, INC.**

whose address is:
730 CENTRAL AVENUE, MURRAY HILL, NJ 07974

and that on Monday, August 27, 2007, I mailed by registered or certified return-receipt mail the certified copies of the Summons and Complaint to the defendant at the above address together with written notice that service was so made. I further make oath that the return receipt for the registered or certified letter was received at my office in Nashville, Tennessee, on **Wednesday, September 05, 2007** and returned to DAVIDSON COUNTY-CIRCUIT COURT of NASHVILLE, Tennessee on **Wednesday, September 05, 2007**.

Riley C. Darnell

Riley C. Darnell
Secretary of State

Mayme R. Brown

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

08/27/07 (PDK)

DAVOL, INC
GM-BRIAN P. KELLY
730 CENTRAL AVENUE
MURRAY HILL, NJ 07974

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

USPS 07974

90:8 AM 01 SEP 2007

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

RECEIVED
AUG 31 2007
C. R. BARD, INC.
LAW DEPT.

State of Tennessee

**Department of State**

Division of Business Services
312 Eighth Avenue North
6th Floor Wm R Snodgrass Tower
Nashville Tennessee 37243

8/27/2007
Date

70053110000427631666
Certified Number

File No: 07C2370

Company: C. R. BARD, INC.

Name.

Agent/POE: CEO-TIMOTHY M. RING

Address: 730 CENTRAL AVENUE
MURRAY HILL NJ 07974

Country:

RE: SHARON LORANCE

VS: C R BARD INC AND DAVOL INC

## Notice of Service

The enclosed summons and attachments are hereby officially served upon you by the Office of the Tennessee Secretary of State pursuant to Tennessee Law Please refer to the summons and attachments for details concerning the lawsuit filed against you If you have any questions, please contact the clerk of the court which issued the summons You can obtain the court's telephone number by calling information (area code) 555-1212 The name of the court and county where the court is located will be on the attached summons

The summons will either tell you a court date and time at which you must appear to defend yourself or tell you the number of days from the day you are served within which you must file an answer upon the plaintiff's attorney. Failure to appear in court at the time specified or failure to answer the summons within the given time could result in a judgement by default being rendered against you for relief sought in the lawsuit

The Secretary of State s Office cannot give you legal advice If you need legal advice please consult a private attorney

Sincerely

Riley C Darnell

Riley C Darnell
Secretary of State

enclosures
Initial: PDK
CC:

SS-4214 (Rev 3/97) RDA 1003

CIRCUIT COURT SUMMONS NASHVILLE, TENNESSEE

# STATE OF TENNESSEE
# DAVIDSON COUNTY
# 20TH JUDICIAL DISTRICT

[X] First
[ ] Alias
[ ] Pluries

SHARON LORANCE

Plaintiff

Vs.

C. R. BARD, INC. and
DAVOL, INC.

Defendant

CIVIL ACTION DOCKET NO. 07C2370

**Method of Service:**

[ ] Davidson County Sheriff
[ ] Out of County Sheriff
[X] Secretary of State
[ ] Certified Mail
[ ] Personal Service
[ ] Commissioner of Insurance

**To the above named Defendant: Davol, Inc. General Manager Brian P. Kelly**
**730 Central Avenue, Murray Hill, NJ 07974.**

**You are summoned to appear and defend a civil action filed against you in the Circuit Court, 1 Public Square, Room 302, P.O. Box 196303, Nashville, TN 37219-6303, and your defense must be made within thirty (30) days from the date this summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.**

**In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the complaint.**

ISSUED: 8/21/07

**RICHARD R. ROOKER**
Circuit Court Clerk
Davidson County, Tennessee

**By:** R Thomas
Deputy Clerk

| ATTORNEY FOR PLAINTIFF or PLAINTIFF'S ADDRESS | Aubrey T. Givens<br>501 Union Street, Ste. 307<br>Address<br>Nashville, TN 37219 (615) 248-8600 |
|---|---|

TO THE SHERIFF:

Please execute this summons and make your return hereon as provided by law

SECRETARY OF STATE
RILEY DARNELL
2007 AUG 23 PM 12:39

**RICHARD R. ROOKER**
Circuit Court Clerk

Received this summons for service this ____ day of ____________, 20____.

RECEIVED
SECRETARY OF STATE

**SHERIFF**

**If you have a disability and require assistance, please contact 862-5204.**

FILED

2007 AUG 21 PM 3: 13

RICHARD R ROOKER

R Thomas D.C.

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE

SHARON LORANCE, )
)
Plaintiff, )
)
v ) NO. 07C2370
)
C R BARD, INC and DAVOL, INC. )
)
Defendants. )

## COMPLAINT

Comes now the Plaintiff, Sharon Lorance, by and through the undersigned, and brings suit against the Defendants, C R Bard, Inc., and Davol, Inc, and would show unto the Court as follows:

1. The Plaintiff is a citizen and resident of Warren County, Tennessee

2. The Defendant, C.R. Bard, Inc. is a corporation doing business in the State of Tennessee which may be served with process through its Chief Executive Officer, Timothy M Ring, 730 Central Avenue, Murray Hill, NJ 07974.

3. The Defendant, Davol, Inc. is a subsidiary of C R Bard, Inc which can be served with process through its General Manager, Brian P. Kelly, 730 Central Avenue, Murray Hill, NJ 07974

4. Venue and jurisdiction are proper with this Honorable Court as the acts complained of in this lawsuit occurred in Davidson County, Tennessee.

COUNT I

5. On or about May 10, 2004, the Plaintiff had a procedure performed at Vanderbilt University Medical Center for hernia repair during which Defendants' mesh prosthetic was

surgically inserted into Plaintiff

6 The mesh prosthetic utilized on the Plaintiff was manufactured by C.R. Bard, Inc. and/or Davol, Inc.

7. Subsequently, the Plaintiff began experiencing pain in her abdomen and underwent several tests to determine the cause of the pain with no relief until approximately November of 2006 when a CT Scan showed that the mesh product inserted into her abdomen had malfunctioned. Plaintiff underwent surgery to have the mesh manufactured by the Defendants removed and a different mesh inserted, which ultimately resolved her problems.

8 The mesh prosthetic placed in Plaintiff's abdomen was in a defective condition in that the product was in a condition not contemplated by reasonable persons among those considered expected users or consumers of the product. The product was unreasonably dangerous to the expected user or consumer when used in reasonably expectable ways of handling or consumption.

9 The Defendants placed the defective product in the stream of commerce in an unreasonably dangerous condition to, among others, Plaintiff, and as such are liable for the physical harm caused by the products to the Plaintiff who was in the class of persons that the Defendants should reasonably have foreseen as being subject to the harm caused by the defective product.

10 Defendants are sellers engaged in the business of selling such products, and the products are expected to and did reach the ultimate consumer without a substantial alteration of their condition.

11 As a result of the use and consumption of the mesh prosthetic, Plaintiff has

sustained personal injuries, has endured pain and suffering and may continue to endure pain and suffering in the future, has incurred medical expenses and may continue to incur medical expenses, and has endured emotional trauma and will continue to suffer emotional trauma to her detriment

COUNT II

12 Plaintiff herein adopts and re-alleges Paragraphs 1-11 above as if fully set forth herein.

13 Defendants' negligently designed and prepared the products in question and further negligently failed to warn Plaintiff of the product's dangers and hazards so that she could make an informed decision regarding its use.

COUNT III

14 Plaintiff herein adopts and re-alleges Paragraphs 1-13 above as if fully set forth herein.

15 Defendants' breached the warranty of fitness for a particular purpose with respect to the products in question as well as express warranties that the products would be safe for use on users such as Plaintiff.

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiff prays that proper process issue and be served upon the Defendants, requiring them to answer the Complaint within the time

prescribed by law and demands a jury of twelve (12) and a judgment against the Defendants for:

1 Compensatory damages in an amount $74,000 00;

2 Special, incidental and punitive damages in an amount to be proven at trial;

3. All costs of this action;

5 Any and all other general and equitable relief to which Plaintiff is entitled and which justice may require.

Respectfully submitted,

Aubrey T. Givens

**AUBREY T. GIVENS, NO. 21491**
**STEPHANIE SIMMONS, NO. 24704**
Attorneys for Plaintiff
501 Union Street, Suite 307
Nashville, TN 37219
(615) 248-8600

**I AM SURETY FOR COURT COSTS IN THIS CAUSE OF ACTION.**

Aubrey T. Givens

AUBREY T. GIVENS

I hereby certify that this is a true copy of original instrument filed in my office this 21st day of Aug 2007
RICHARD R. ROOKER Clerk
By R Thomas
Deputy Clerk

State of Tennessee
Department of State
Division of Business Services
312 Eighth Avenue North
6th Floor, William R. Snodgrass Tower
Nashville, TN 37243

CERTIFIED MAIL

7005 3110 0004 2763 1666

C. R. BARD, INC.
CEO-TIMOTHY M. RING
730 CENTRAL AVENUE
MURRAY HILL, NJ 07974

07974$1199 C008

ViaDuct.fxe

File Edit Setup Page Size Dial Capture HistoryList FileTrans Exec Window Help

FILED - 08.21.07 DAVIDSON COUNT CIRCUIT COURT 4

LORANCE, SHARON

DOCKET # 07C2370 vs. MEDICAL DAMAGE/TORT COMPLAINT

C. R. BARD, INC. DAVOL, INC.

ENTER SELECTION :2

| NAME | CODE | DATE ISSUE | DATE RETURN | TYPE | SERV BY |
|---|---|---|---|---|---|
| C. R. BARD, INC. | SSS | 08.21.07 | 09.14.07 | S | CM |
| DAVOL, INC. | SSS | 08.21.07 | 08.30.07 | S | CM |

Enter (F)orward, (B)ack, (E)nd, (C)omment :

8.54 Caps Num @(043,20) Printer Capture 16:27 Help: F1

start ViaDuct-fxe Microsoft Office Circuit Court Cal... 4:27 PM

10/1/2007