CASE-CLOSED

**U.S. District Court**
**Middle District of Tennessee (Nashville)**
**CIVIL DOCKET FOR CASE #: 3:07-cv-00984**

Lorance v. C. R. Bard, Inc. et al
Assigned to: District Judge William J. Haynes, Jr
Cause: 28:1441 Notice of Removal- Personal Injury

Date Filed: 10/01/2007
Date Terminated: 11/08/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**

**Sharon Lorance** represented by **Aubrey T. Givens**
501 Union Street
Suite 307
Nashville, TN 37219
(615) 248-8600
Email: aubreygivens@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie Simmons**
501 Union Street
Suite 307
Nashville, TN 37219
(615) 248-8600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C. R. Bard, Inc.** represented by **Andrew L. Colocotronis**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
900 South Gay Street
2200 Riverview Tower
Knoxville, TN 37902
(865) 549-7000
Email: acolocotronis@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Alan Gausepohl**
Spriggs & Hollingsworth

1350 I Street, NW
9th Floor
Washington, DC 20005
(202) 898-5800
Fax: (202) 682-1639
Email: dgausepohl@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
Spriggs & Hollingsworth
1350 I Street, NW
9th Floor
Washington, DC 20005
(202) 898-5800
Fax: (202) 682-1639
Email: kgriffis@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Loney Stevens**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
P O Box 1792
Knoxville, TN 37901-1792
(865) 549-7000
Fax: (865) 525-8569
Email: mstevens@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Junk**
Spriggs & Hollingsworth
1350 I Street, NW
9th Floor
Washington, DC 20005
(202) 898-5800
Fax: (202) 682-1639
Email: mjunk@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol, Inc.** represented by **Andrew L. Colocotronis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Alan Gausepohl**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Loney Stevens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Junk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/01/2007 | 1 | NOTICE OF REMOVAL by C. R. Bard, Inc., Davol, Inc. from Circuit Court for Davidson County, Tennessee, Case number 07C2370. ( Filing fee paid $ 350 receipt number 116612) (Attachments: # 1 Attachment A) (ab) (Entered: 10/02/2007) |
| 10/01/2007 | 2 | NOTICE TO ADVERSE PARTY OF FILING NOTICE OF REMOVAL by C. R. Bard, Inc., Davol, Inc. (Attachments: # 1 Attachment A)(ab) (Entered: 10/02/2007) |
| 10/01/2007 | 3 | NOTICE from USDC Clerk regarding Corporate Disclosure statement requirement. (ab) (Entered: 10/02/2007) |
| 10/01/2007 | 4 | NOTICE ofCase Management Conference set for 12/3/2007 at 02:00 PM in Courtroom A859 before District Judge William J. Haynes Jr. (ab) (Entered: 10/02/2007) |
| 10/12/2007 | 5 | Letter from Clerk to Stephanie Simmons, atty, re Compliance with Local Rule 83.01. (dt) (Entered: 10/12/2007) |
| 10/15/2007 | 6 | RESPONSE *in Opposition to Removal*. (Attachments: # 1 Exhibit Letter) (Downard, David) (Entered: 10/15/2007) |
| 10/17/2007 | 7 | ANSWER to Complaint *(and Affirmative Defenses)* by C. R. Bard, Inc., Davol, Inc..(Stevens, Melissa) (Entered: 10/17/2007) |
| 10/30/2007 | 8 | REPLY (MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND) filed by C. R. Bard, Inc., Davol, Inc. to 6 Response in Opposition to Notice of Removal filed by Sharon Lorance. (Stevens, Melissa) Modified on 10/31/2007 (dt). (Entered: 10/30/2007) |
| 11/01/2007 | 9 | Letter from Clerk to Attorney Kirby Griffis re Compliance with Local |

| | | |
|---|---|---|
| | | Rule 83.01. (dt) (Entered: 11/01/2007) |
| 11/01/2007 | 10 | Letter from Clerk to Attorney Dana Alan Gausepohl re Compliance with Local Rule 83.01. (dt) (Entered: 11/01/2007) |
| 11/01/2007 | 11 | Letter from Clerk to Attorney Michael Junk re Compliance with Local Rule 83.01. (dt) (Entered: 11/01/2007) |
| 11/01/2007 | 12 | Letter from Clerk to Attorney Andrew Colocotronis re Compliance with Local Rule 83.01. (dt) (Entered: 11/01/2007) |
| 11/06/2007 | 13 | MOTION for attorney Andrew L. Colocotronis to Appear Pro Hac Vice by C. R. Bard, Inc., Davol, Inc.. (Attachments: # 1 Certificate of Good Standing)(Stevens, Melissa) (PHV Fee Not Paid) Modified Text on 11/7/2007 (dt). (Entered: 11/06/2007) |
| 11/07/2007 | | Note to Filer re Docket Entry No. 13: The certificate of good standing should be filed as separate event, not as an attachment to a document. This document does not need to be re-filed unless otherwise directed by the Court. (dt) (Entered: 11/07/2007) |
| 11/08/2007 | 14 | ORDER granting 13 Motion for Andrew L. Colocotronis to Appear Pro Hac Vice. Signed by Judge William J. Haynes Jr. on 11/7/07. (dt) (Entered: 11/08/2007) |
| 11/08/2007 | 15 | ORDER: Clerk of this Court is directed to administratively close this action and upon receipt of the Final Transfer Order of the Judicial Panel on Multidistrict Litigation, the Clerk of this Court shall transfer the files in this action to the U.S. District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings. If the Judicial Panel on Multidistrict Litigation does not enter a final transfer order in this action, then either party may move to reopen this action. Signed by Judge William J. Haynes Jr. on 11/7/07. (dt) (Entered: 11/08/2007) |
| 11/09/2007 | 16 | RECEIPT #34675000156 in the amount of $75.00 posted by C. R. Bard, Inc., Davol, Inc. re 13 Motion to Appear Pro Hac Vice. (dt) (Entered: 11/14/2007) |
| 11/13/2007 | 17 | NOTICE of Filing Original File from the Davidson County Circuit Court filed by Richard Rooker, Circuit Court Clerk. (Attachments: # 1 Complaint filed in the Circuit Court for Davidson County, TN, case # 2 Return of Service filed in the Circuit Court for Davidson County, TN, case # 3 Return of Service filed in the Circuit Court for Davidson County, TN, case# 4 Notice filed in the Circuit Court Davidson County, TN, case# (5) Order of Dismissal in the Circuit Court Davidson County, TN, case)(dt) Modified Text on 11/15/2007 (dt). (Entered: 11/15/2007) |
| 11/19/2007 | 18 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO 7) rec'd from the District of Rhode Island. This case is ready for transfer. (af) (Entered: 11/19/2007) |
| 11/19/2007 | | Case electronically extracted & e-mailed to District of Rhode Island this date. (af) (Entered: 11/19/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/21/2007 10:09:52 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:07-cv-00984 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |