**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| SHARON LORANCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:07 - 00984 |
| | ) | |
| C. R. BARD, INC. and DAVOL, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO REMOVAL**

Plaintiff, Sharon Lorance, by her undersigned counsel, hereby objects and opposes removal of the above-captioned matter from the Circuit Court for Davidson County, Tennessee, to the United States District Court for the Middle District of Tennessee, Nashville Division as improper pursuant to 28 U.S.C. §§ 1332 and 1441. In support of Plaintiff's opposition to removal, Plaintiff respectfully states:

1. The Plaintiff filed this matter in the Circuit Court for Davidson County, Tennessee and in her prayer for relief Plaintiff requested compensatory damages in the amount of $74,000.00.

2. Removal is only proper when the amount in controversy exceeds $75,000.00, exclusive of interest and costs pursuant to 28 U.S.C. § 1332.

3. As more fully set forth below, removal of this case would be improper as the amount in controversy requirement for federal jurisdiction is not satisfied as Plaintiff, in her Complaint, clearly intends to ask for a judgment that does not exceed $75,000.00.

**Removal is Improper In This Case**

4. This Court does not have subject matter jurisdiction pursuant to 28 U.S.C. 1332 because the amount in controversy in this action does not exceed the sum of $75,000.00 exclusive of interest and costs.

5. Plaintiff seeks compensatory damages not to exceed $74,000.00. Plaintiff also seeks other special and punitive damages in an amount to be proven at trial, however, Plaintiff has not asserted, nor is there any evidence to believe, that the amount of compensatory and other damages would exceed $75,000.00. (*See* Compl., Prayer for Relief)

6. Plaintiff's specific request for damages of $74,000.00 in her prayer for relief asserts a clear intent to seek damages that do not exceed $75,000.00; therefore, the amount in controversy requirement for jurisdiction is not satisfied.

WHEREFORE, Plaintiff respectfully requests this Court to deny removal of this case and to remand this case to the Circuit Court for Davidson County, Tennessee.

Respectfully submitted,

s/Aubrey T. Givens

**AUBREY T. GIVENS, NO. 21491**
Attorney for Plaintiff
501 Union Street, Suite 307
Nashville, TN 37219
(615) 248-8600

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing Opposition to Removal has been served upon the following counsel for parties in interest herein by mailing the same to the offices of said counsel by ( ) hand delivery (x ) first class U.S. mail, sufficient postage prepaid, to:

Melissa Loney Stevens
Andrew Colocotronis
2200 Riverview Tower
900 South Gay Street
P.O. Box 1792
Knoxville, TN 37902

Kirby T. Griffis
Dana Alan Gausepohl
Michael L. Junk
1350 I Street N.W.
Washington, DC 20005

This the 15th day of October, 2007.

s/Aubrey T. Givens_______________