# AUBREY GIVENS & ASSOCIATES

**A Professional Association of Independent Attorneys ◘**

Aubrey T. Givens, Esq.*
Stephanie Simmons, Esq.
James L. Widrig, Esq.

501 Union Street
Suite 307
Nashville, Tennessee 37219
Phone (615) 248-8600
Fax (615) 248-8111

Brett Rozell, Paralegal
Melissa Ledford, Paralegal

* TN Supreme Court Rule 31 Mediator


---

October 9, 2007

Melissa Loney Stevens, Esq.
Andrew Colocotronis, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2200 Riverview Tower
900 South Gay Street
Knoxville, TN 37902

RE: Sharon Lorance v. Davol, Inc. and C. R. Bard, Inc.

To Whom It May Concern:

As you may know, I represent Sharon Lorance as it relates to her injuries that occurred because of the defective mesh that was removed on or about approximately November 27, 2006. Upon information and belief, Davol, Inc. a subsidiary of C.R. Bard, Inc. was responsible for the production of this mesh product. Plaintiff submits that the Defendants are 100% at fault in causing these injuries that occurred because of the Defendants' defective mesh product.

I have enclosed for you the medical expenses the Plaintiff submits as reasonable and necessary for the treatment of injuries that occurred because of the defective mesh. You will note that the medical bills of Ms. Sharon Lorance have at this point totaled $34,251.87. I have also included the relevant medical records for your review.

Sometime after the defective mesh was implanted, Ms. Lorance experienced pain in her stomach/abdomen area that caused problems sleeping, walking, sitting, and standing. Ms. Lorance underwent several tests to determine the source of the pain, but the cause of the pain could not at first be determined and Ms. Lorance continued to experience tremendous pain with no relief. Once Ms. Lorance was seen by Dr. Melvin who was able to determine that the mesh had moved from its original position, surgery was scheduled to replace the mesh. After the surgery, Ms. Lorance did eventually experience some relief after a long and painful recovery process, but she currently still has occasional pain and some difficulty with lifting and other activities.

As you can obviously tell by the medical expenses, there have been a number of trips to the medical providers to determine the source of the problem and Ms. Lorance did undergo a very

difficult and painful surgery to replace the defective mesh. At this point, my client has authorized me to settle this matter for a sum total of $70,000.00 which represents approximately twice the cost of her medical expenses. I would submit to you that this is frankly an extremely advantageous offer for your client as litigating this case could become quite costly. As you and I both know, Ms. Lorance suffered great pain and was forced to undergo an extremely difficult surgery because of the defective mesh hernia patch that has caused problems for other patients, as well. It is my hope that we can resolve this matter with a settlement that will be beneficial to both parties.

I look forward to hearing from you in the very near future regarding these matters and please do not hesitate to contact me if you have any questions or need any additional information.

Yours Very Truly,

AUBREY GIVENS

Enclosures: as stated above

cc: Sharon Lorance

THIS IS NOT A LAW FIRM. EACH ATTORNEY IN THIS ASSOCIATION IS AN INDEPENDENT PROFESSIONAL WHO IS NOT RESPONSIBLE FOR THE PRACTICE OR LIABILITY OF ANY OTHER ATTORNEY IN THE ASSOCIATION; EXCEPT FOR THOSE DIRECTLY EMPLOYED BY, OR PRACTICING IN PARTNERSHIP WITH, THAT ATTORNEY.